#2009-0365B

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: ) | |
| MINTON, Derrick Wayne ) | CASE NO. 09-91272-BHL-13 |
| 110 Marshall Drive ) | |
| Crothersville, IN 47229 ) | |
| MINTON, Krista Shay ) | |
| 110 Marshall Drive ) | |
| Crothersville, IN 47229 ) | |
| Debtors ) | |

## AGREED ENTRY ON MOTION FOR RELIEF FROM STAY AND TO ABANDON REAL ESTATE

U.S. Bank N.A., ("Secured Creditor"), by counsel, Stacy J. DeLee, and Debtors, by counsel, Lloyd E. Koehler, agree as follows:

1. That the servicing agent for U.S. Bank N.A. is U.S. Bank Home Mortgage.

2. The Debtors owes post-petition arrears in the amount of $3,621.73, for the months of May 1, 2009 through November 1, 2009, late charges in the amount of $123.94, property inspection fees in the amount of $115.00, NSF fees in the amount of $25.00, attorney fees and costs in the amount of $600.00, less a suspense balance of $421.58, for a total post-petition arrearage of $4,064.09.

3. Debtors shall cure the post-petition arrearage under this Agreed Entry by amending their Chapter 13 Plan. Debtors' amended plan shall provide that the Trustee shall disburse all future post-petition mortgage payments to Secured Creditor, beginning with the December 1, 2009 installment. Debtors shall increase the plan payments and the term of the plan to provide for the adequate funding of this amended plan, if necessary.

4. Secured Creditor shall file a Supplemental Proof of Claim for the post-petition arrears which

#2009-0365B

are to be cured inside the Chapter 13 Plan and the Chapter 13 Trustee is to be the disbursing agent.

5.    Trustee shall begin making payments directly to Secured Creditor beginning December 1, 2009 and mail to **U.S. BANK NA, 4801 FREDERICA STREET, OWENSBORO, KY 42301.**

It is agreed that relief shall not be granted to Secured Creditor, its successor and assigns at this time, but if Debtors fail to comply with this Agreed Entry, the automatic stay as it relates to the real estate described in the Motion for Relief filed herein on September 23, 2009, Secured Creditor shall be entitled to request an immediate telephonic hearing upon the filing of a Notice of Default with the Court.

AGREED TO:

DATED 11-16-09              DATED 11-9-09

_____       /s/ Lloyd E. Koehler
Stacy J. DeLee                  Lloyd E. Koehler
Attorney for Secured Creditor   Attorney for Debtors
FOUTTY & FOUTTY, LLP            400 Pearl St., Ste. 200
155 E. Market St., Suite 605    New Albany, IN 47150
Indianapolis, IN 46204          812-949-2211
Phone: 317-632-9555             812-941-3907 fax
Fax: (317) 624-0397             lloydkoehler@hotmail.com
Email: bk@fouttyandfoutty.com

                                DATED 11-6-09

_____
Joseph M. Black, Jr., Chapter 13 Trustee
P.O. Box 846
Seymour, IN 47274
Phone: 812-524-7211
Email: jmbecf@trustee13.com

DISTRIBUTION TO:
Stacy J. DeLee, 155 East Market Street, Suite 605, Indianapolis, IN 46204
Derrick Wayne Minton, 110 Marshall Drive, Crothersville, IN 47229
Krista Shay Minton, 110 Marshall Drive, Crothersville, IN 47229
Lloyd E. Koehler, 400 Pearl St., Ste. 200, New Albany, IN 47150
Joseph M. Black, Jr., P.O. Box 846, Seymour, IN 47274
U.S. Trustee, 101 W. Ohio Street, Suite 1000, Indianapolis, IN 46204