SO ORDERED: November 18, 2009.



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

SGENERIC (rev 07/2009)

In Re:

  Derrick Wayne Minton
    SSN: xxx–xx–8339   EIN: NA

  Krista Shay Minton
    SSN: xxx–xx–7656   EIN: NA
  Debtor(s)

Case Number:
**09–91272–BHL–13**

## ORDER

  A(n) Agreed Entry Resolving Motion for Relief From Stay and to Abandon Real Estate with US Bank was filed with the Clerk of this Court on November 16, 2009, by Debtor Derrick Wayne Minton, Joint Debtor Krista Shay Minton, Trustee Joseph M Black Jr and Creditor U.S. Bank, N.A.

  IT IS THEREFORE ORDERED that the Agreed Entry Resolving Motion for Relief From Stay and to Abandon Real Estate with US Bank is APPROVED.

###